UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

EDWIN TERRY WINFORD

       Plaintiff.

                                              Case NO  1D22-2021

                                              Case NO: 1D21-1825

                                              Case NO: 1D22-0222

                                              Case NO: 1D21- 3396

                                              Case NO: 1D21-2234

                                              Case NO: 1D19- 3939

FRIEDMAN INTEGRATED REAL ESTATE GROUP

AS MANAGER FOR BRIDGEPOINT APTS

       Defendant.

_____/

1. Standard       PLAINTIFF  COMPLAINT

- THIS CAUSE OF ACTION   ( Theft 100.00 deposit  or 200.00 ) ( Breach  of Contract)  ( Constructive Eviction Fla  992,895 ) ( Florida Statue s. 812 sec. 014   martial   noncompliance 83.51  Ch 83 sue for back rent  from  the Defendant, who  unfairly  withheld  money  for   cleaning, repairs  , wrongfully eviction seeking … Plaintiff is indigent receive 1,060.00 monthly Compensatory

damages; Punitive damages; incidental, consequential; 37,800 back rent . Sanctions; penalty. Moving expensive 2,000

- 
- ANALYSIS; Judge     (LONDON M. KITE )   Judge ( MEREDITH  CHARBULA  is both on case No. 2019  CC  - 6252 ( Disturbing) Attorney  Dale Westling   was name as  the attorney  of record  is also very Disturbing; Attorney Dale Westling never show up  for  this case  and none  name cases.
- Attorney Dale Westling second time on documents that Plaintiff was wrongfully evicted.
- Plaintiff under Fla. Sta. 83.67 have proven laws broken by  the defendants
- Attorney  Dale Westling  wasn't the Plaintiff attorney and the defendant explain the case was the case. Disturbing
- Defendant harassment, pop-up inspections very stressful.
- Defendant would use verbal abuse, screaming at the Plaintiff
- Plaintiff wasn't late never accept  for  the right  to withhold  rent just only about week; Then  the defendants use the wrongful eviction  that harass  the Plaintiff.
- **Defendant withhold that apt was horrible unit 47.  See Florida Statues 83.201 failure to maintain repair rending apts wholly untenanantable, right to withhold rent. Plaintiff trying to resolve all issues**
- **Defendant withheld   exculpatory evidences (  move-in report  of all damages.**
- **I have videos and pictures   and proving these facts**
- **Defendant in front of polices call by the Plaintiff for safety reason. Defendant alter move out documents to wrongly charge damages that no fault of the Plaintiff.**
- **Plaintiff live at  the apts  2014  to 2019 . Plaintiff suffer black mold and biting bugs, roaches dirty carpet. Racism from tenants. One play his music loud at night. Also shout he want to get a gun  and kill  black  people through wall.**
- **Another tenant call me a big black monkey and said they hang them all time  in Virginia**
- **IN CLOSING**

**6TH   14TH   7TH       All   was deny to fair trial and Discrimination that the Plaintiff is also sue for.**

- **The court has all the facts and evidences. These delays are hardship for they action have harm the Plaintiff. I'm homeless by no blame to myself.**
- **Its unconstitutional to allow criminal activities   to win cases.**

**Copy  to :**

**UNITED STATES DISTRICT COURT NIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION.**